## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, )<br><br>Plaintiff, )<br><br>DEDRIC DUNCAN, )<br><br>Defendant. ) | Civil Action<br>No. 1:17-cv-01751-SCJ |

### NOTICE OF ACCEPTANCE OF SERVICE OF PROCESS

Undersigned counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("Plaintiff") hereby provides notice that Blake Liveoak, Alabama attorney for Defendant Dedric Duncan ("Defendant"), being duly authorized, accepts service of the following in the above-styled action on behalf of Defendant, in full and complete satisfaction of Plaintiff's service of process obligations under Fed. R. Civ. P. 4:

1. Summons;

2. Complaint with Exhibits; and

3. Case Information Cover Sheet.

Acknowledged and Agreed by:

*Blake Liveoak by Eric S. Fisher*
*with express*
*authorization*
**BLAKE LIVEOAK**
*On behalf of Defendant*

Respectfully submitted, this 18th day of May, 2017.

**TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*