# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. |
| DEDRIC DUNCAN, | ) ) ) ) | |
| Defendant. | ) | |

## FINAL CONSENT ORDER AND JUDGMENT

This matter is before the Court pursuant to the Complaint filed by Plaintiff Wah Sing (US) Trading Limited, LLC ("Plaintiff") on _____. This action is related to an action between the same parties, Civil Action No. 1:16-cv-0504-SCJ, which was settled in or about May 2016. Based on the consent of Plaintiff and of Defendant Dedric Duncan ("Defendant"), and authorized below by Defendant's signature, the Court finds as follows:

1) This Court has jurisdiction over this matter;

2) This Court has jurisdiction over Defendant;

3) Venue is proper in this Court;

4) Defendant consents that he is liable to Plaintiff in the total principal amount of $_____ (which is the equivalent of the

agreed upon sum of One Hundred Thousand Dollars ($100,000), less any payments made pursuant to the parties Confidential Settlement Agreement and Release prior to an Event of Default).

5) Defendant consents that he is also liable to Plaintiff for the costs of collection, including reasonable attorneys' fees, associated with exercise of Plaintiff's Remedy upon Default, in the total amount of $_____.

Based on these findings, it is hereby ORDERED AND ADJUDGED that Plaintiff will have judgment against Defendant in the total amount of $_____. Post-judgment interest in the amount provided by the applicable law is to run on the principal balance until paid in full.

IT IS SO ORDERED, THIS \_\_ DAY OF _____, 201\_\_.

_____
Judge, United States District Court for
The Northern District of Georgia

AUTHORIZED BY:

DEDRIC DUNCAN

_____

CONSENTED TO AS TO FORM BY:

/s/ Eric S. Fisher
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

Counsel for Plaintiff Wah Sing (US)
Trading Limited, LLC d/b/a EasyBit

LOBER, DOBSON & DESAI, LLC

/s/ Michael Jordan Lober
Michael Jordan Lober
GA Bar No. 455580
3410 Overland Drive
Roswell, GA 30075

AUTHORIZED BY:

**DEDRIC DUNCAN**

_____

CONSENTED TO AS TO FORM BY:

/s/Eric S. Fisher
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US)
Trading Limited, LLC d/b/a EasyBit*

**LOBER, DOBSON & DESAI, LLC**

/s/Michael Jordan Lober
Michael Jordan Lober
GA Bar No. 455580
3410 Overland Drive
Roswell, GA 30075

Telephone: (678) 461-9800
Facsimile: (678) 461-9944
mjlober@lddlawyers.com

*Counsel for Defendant Dedric Duncan*