# EXHIBIT D

MICHAEL DUPREE JR<br>
248-935-4147<br>
Michael@easybitllc.com

May 1, 2017

VIA E-MAIL

Dedric Duncan
2412 Second Avenue, N
Apt. 5
Birmingham, AL 35203
dedricisduncan@gmail.com

    Re: Notice of Default of Confidential Settlement Agreement and Release

Dear Mr. Duncan:

    Under Paragraph 3 of the Confidential Settlement Agreement and Release of May 17, 2016 (the "Settlement Agreement") between you and Wah Sing (US) Trading LLC d/b/a EasyBit ("EasyBit"), you were required to make payments on or before the 1st of each month in the amount of $1000. You have failed to comply with this obligation.

    Pursuant to Paragraph 9 of the Settlement Agreement, we therefore hereby provide you with written notice of these defaults on behalf of EasyBit. Failure to fully cure these defaults within seven (7) calendar days of this Notice will constitute an Event of Default and entitle EasyBit to enforce the remedy set forth in Paragraph 10 of the Settlement Agreement, as well as any other rights or remedies available to it for this material breach of the Settlement Agreement.

Dedric Duncan
Page 2

Please govern yourself accordingly.

Sincerely,

*[signature: M Dupree Jr]*

Michael Dupree

cc: Michael J. Lober
3150 Overland Drive
Roswell, GA 30075
mjlober@lddlawyers.com

Eric S. Fisher