## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, ) ) ) Plaintiff, ) ) ) DEDRIC DUNCAN, ) ) Defendant. ) | Civil Action No. 1:17-CV-1751-SCJ |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, the undersigned certifies as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("EasyBit" or "Plaintiff") and its parent company, Wah Sing (HK) Trading Limited, which is owned entirely by Michael Dupree, Jr.

- Defendant Dedric Duncan.

- No publicly held corporation owns 10% or more of Plaintiff's stock. Defendant is an individual.

(2) There are no other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

(3) To the undersigned's knowledge, the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Counsel for Plaintiff:*

Michael Eric Ross
Eric S. Fisher
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Defendant:*

Unknown at this time

Respectfully submitted this 1st day of June, 2017.

                        **TAYLOR ENGLISH DUMA LLP**

                        */s/ Eric S. Fisher*
                        Michael Eric Ross
                        GA Bar No. 615190
                        Eric S. Fisher
                        GA Bar No. 250428
                        1600 Parkwood Circle, Suite 200
                        Atlanta, GA 30339
                        Telephone: (770) 434-6868
                        Facsimile: (770) 434-7376
                        mross@taylorenglish.com
                        efisher@taylorenglish.com

                        *Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

**TAYLOR ENGLISH DUMA LLP**

*/s/ Eric S. Fisher*
Eric S. Fisher
GA Bar No. 250428

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was served by U.S. Mail to Defendant at the following addresses:

>Dedric Duncan
>2412 2nd Ave. N, Apt. 4
>Birmingham, AL  35203
>
>Dedric Duncan c/o Blake Liveoak
>T. Blake Liveoak Attorney at Law
>1117 22nd Street South
>Birmingham, AL  35205-3145

This 1st day of June, 2016.

>/s/ Eric S. Fisher
>Eric S. Fisher
>GA Bar No. 250428
>
>*Counsel for Plaintiff*