IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT,<br><br>   Plaintiff,<br><br>DEDRIC DUNCAN,<br><br>   Defendant. | Civil Action No. 1:16-cv-0504 |

## ANSWER AND DEFENSES OF DEDRIC DUNCAN TO PLAINTIFFS' COMPLAINT

Comes now, Defendant, Dedric Duncan, and file this, his Answer and Defenses to Plaintiff's Complaint. In support thereof, Dedric Duncan states the following:

### I. PARTIES, JURISDICTION AND VENUE

1. Upon information and belief, Plaintiff, is a foreign, limited liability company formed in the state of Nevada. In addition, the sole member of Plaintiff is Wah Sing Trading Limited, a Chinese company that is wholly owned by Michael Dupree, Jr., a resident of the State of Colorado.

2. Defendant Dedric Duncan is over the age of 19 and a resident of Birmingham, Alabama.

3. Venue lies in this judicial district and division pursuant to the terms of the Final Consent Order and Judgment.

4. This Court has jurisdiction over this matter pursuant to the terms of the Final Consent Order and Judgment.

## III.  ANSWER AND DEFENSES

5. Dedric Duncan admits the statements contained within this paragraph.

6. Dedric Duncan admits the statements contained within this  paragraph.

7. Dedric Duncan admits the statements contained in this paragraph.

8. Dedric Duncan admits the statements contained within this paragraph.

9. Dedric Duncan admits the statements contained within this paragraph.

10. Dedric Duncan admits the statements contained in this paragraph.

11. Dedric Duncan denies the statements contained within this paragraph and therefore, he demands strict proof thereof.

12. Dedric Duncan admits some statements in this paragraph, but denies other statements contained within this paragraph.

13. Dedric Duncan admits some statements in this paragraph, but denies other statements contained within this paragraph.

14. Dedric Duncan denies statements contained within this paragraph.

15. Dedric Duncan admits some statements in this paragraph, but denies other statements contained within this paragraph.

16. Dedric Duncan denies the statements contained within this paragraph.

17. Dedric Duncan admits to the statements contained in this paragraph.

18. Dedric Duncan denies the statements contained within this paragraph.

19. Dedric Duncan denies the statements contained within this paragraph.

20. Dedric Duncan denies the statements contained within this paragraph.

21. Defendant admits the statements contained in this paragraph.

22. Dedric Duncan denies the statements contained in this paragraph.

23. Dedric Duncan denies the statements contained in this paragraph.

24. Dedric Duncan admits the statements contained in this paragraph.

25. Dedric Duncan admits the statements contained in this paragraph.

26. Dedric Duncan denies the statements contained in this paragraph.

## IV. FIRST DEFENSE

27. The Plaintiffs' Complaint fails to state a claim which relief many be granted.

## SECOND DEFENSE

28. Plaintiff is not entitled to the relief requested.

## THIRD DEFENSE

29. Plaintiff has unclean hands.

## FOURTH DEFENSE

30. Dedric Duncan plead the terms of the settlement agreement at issue in this matter.

## FIFTH DEFENSE

31. Dedric Duncan pleads estoppel as a defense.

## SIXTH DEFENSE

32. Dedric Duncan plead waiver as a defense.

## SEVENTH DEFENSE

33. Dedric Duncan pleads bad faith, suppression, deceit and misrepresentation on the part of Plaintiff as a defense in this matter.

## EIGHTH DEFENSE

34. Dedric Duncan pleads breach of contract on part of Plaintiff.

### NINTH DEFENSE

35.     Dedric Duncan pleads the defense of accord and satisfaction.

### TENTH DEFENSE

36.     Dedric Duncan pleads lack of personal jurisdiction.

### ELEVENTH DEFENSE

37.     Dedric Duncan pleads insufficiency service of process.

### TWELTH DEFENSE

38.     Dedric Duncan pleads there is no balance owed on the contract.

### THIRTEENTH DEFENSE

39.     Dedric Duncan pleads deceit on part of Plaintiff as a defense.

### FOURTEENTH DEFENSE

40.     Dedric Duncan pleads the defense of laches.

### FIFTEENTH DEFENSE

41.     Dedric Duncan pleads the defense of superseding and/or intervening cause.

### SIXTEENTH DEFENSE

42.     Dedric Duncan pleads the parole evidence rule.

### SEVENTEENTH DEFENSE

43.     Plaintiff failed to fulfill his contractual obligations and, therefore, he ought not be allowed to recover.

### EITHTHTEENTH DEFENSE

44. Plaintiff is barred due to the absence of any damages.

### NINETEENTH DEFENSE

45. Plaintiff failed to satisfy a condition precedent.

### TWENTIETH DEFENSE

46. Plaintiff failed to fulfill all conditions precedent.

### TWENTY FIRST

47. Plaintiff is not entitled to the recovery of any damages, much less punitive damages.

### TWENTY FIFTH DEFENSE

48. Plaintiff claims are barred by unjust enrichment.

**WHEREFORE**, Defendant Dedric Duncan prays that the Complaint filed by Plaintiff be dismissed with prejudice and, the costs of this action be assessed against Plaintiff for filing such a fraudulent and frivolous matter.

Respectfully Submitted,

/s/T. Eric Ponder, Esquire
T. Eric Ponder, Esquire
Attorney for Defendant Dedric Duncan.

**OF COUNSEL:**

T. Eric Ponder, P.C.

P.O. Box 2207

Sylacauga, AL  35150

(205) 287-7096-office

(404) 295-5980-cell

ericponderlaw@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Defendant's Answer and Defenses was served by E-mail and U.S. Mail to the following counsel of record on this the 12th day of June, 2017:

Michael Eric Ross, Esquire
GA Bar No. 615190
Eric S. Fisher. Esquire
GABarNo.250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

                                     .S./ T. Eric Ponder, Esquire

Of Counsel