**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action |
| DEDRIC DUNCAN, | ) ) ) | No. 1:17-CV-1751-SCJ |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a Easybit ("Plaintiff" or "Easybit"), pursuant to Fed. R. Civ. P. Rule 56 and LR 56 of the Northern District of Georgia, and hereby moves for summary judgment against Defendant Dedric Duncan on Plaintiff's sole claim for relief in this action, breach of contract. As is shown in its supporting papers, there is no genuine issue of material fact, and Plaintiff is entitled to judgment as a matter of law, on this claim.

This Motion is based on the following, which are either attached as exhibits or filed contemporaneously:

1. Plaintiff's Brief in Support of Its Motion for Summary Judgment;

2. Plaintiff's Statement of Undisputed Material Facts as to Which No Genuine Issue Remains to Be Tried and attached Exhibits;

3. Declaration of Michael J. Dupree, Jr.

4. Supplemental Declaration of Michael J. Dupree, Jr.; and

5. All other materials in the record.

Respectfully submitted, this 19th day of June, 2017.

/s/ Michael Eric Ross
Ga. Bar No.: 615190
Eric S. Fisher
Ga. Bar No.: 250428
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA  30339
Telephone: (678) 336-7234
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, ) ) ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action** |
| **DEDRIC DUNCAN,** ) | **No. 1:17-CV-1751-SCJ** |
| ) | |
| **Defendant.** ) | |

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1C**

I HEREBY CERTIFY, in accordance with LR 7.1D, that I prepared the foregoing in Times New Roman, 14-point font, as approved by LR 5.1C.

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (678) 336-7234
Facsimile: (770) 434-7376
mross@taylorenglish.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, ) ) ) Plaintiff, ) ) ) DEDRIC DUNCAN, ) ) Defendant. ) | Civil Action No. 1:17-CV-1751-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was filed with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

This 19th day of June, 2017.

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190