# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **WAH SING (US) TRADING** | ) | |
| **LIMITED, LLC D/B/A EASYBIT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action** |
| **DEDRIC DUNCAN,** | ) | **No. 1:17-CV-1751-SCJ** |
| | ) | |
| **Defendant.** | ) | |

## SUPPLEMENTAL DECLARATION OF MICHAEL J. DUPREE, JR.

1.     My name is Michael J. Dupree, Jr. I am over the age of eighteen (18) and competent to give this Supplemental Declaration. It is based on my personal knowledge and review of certain business records of Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("Plaintiff" or "EasyBit"). This Supplemental Declaration is given for use in support of Plaintiff's Motion for Summary Judgment in the above-styled action, and for all other purposes permitted by law.

2.     Duncan paid the first four Installments[1] in a timely manner, but thereafter has repeatedly failed to do so. Attached hereto as Attachments 1 and 2 are

---

[1] Unless otherwise noted, all capitalized terms shall have the meaning set forth in my original Declaration in this action.

true and correct copies of statements from Easybit's checking accounting that show respectively incoming wire transfers and other transactions.

3.    All of the wire transfers (Attachment 1) are from Duncan. All of the other transactions (Attachment 2) for exactly One Thousand Dollars ($1,000) are also from Duncan. As of the date this action was initiated, Duncan had paid Thirteen Thousand Dollars ($13,000) to Easybit under the Settlement Agreement, including the May 1 Installment. Duncan has made seven (7) payments via wire transfer, and six (6) payments via Bank of America's real-time person-to-person (P2P) transfer tool.

4.    Duncan missed the deadline for the May 1 Installment. This is reflected on both Attachments 1 and 2 because there are no transfers for $1,000 on or just before May 1, 2017.

5.    Duncan then failed to cure his default by failing to pay the May 1 Installment by the close of business on May 9, 2017. This is reflected on both Attachments 1 and 2 because there are no transfers for $1,000 between May 1 and May 9.

6.    As is shown on page 1 of Attachment 2, the May 1 Installment was not paid until May 11, 2017. It was made via Bank of America's real-time person-to-person (P2P) transfer tool.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2017

Michael J. Dupree, Jr.

3

# Attachment 1

Accounts >History & Statements : for XXXXXX5418682 as of 05/11/17 04:01 PM

**Checking XXXXXX-418682 from 05/11/2015 to 05/11/2017**

| Date | Type | Check Number | Description | Withdrawal (-) | Deposit (+) | Running Balance |
|------|------|-------------|-------------|----------------|-------------|-----------------|

## Pending Transactions

> **Pending Transactions are not reflected within this sort criterion.**

## Posted Transactions

| Date | Type | Check Number | Description | Withdrawal (-) | Deposit (+) | Running Balance |
|------|------|-------------|-------------|----------------|-------------|-----------------|
| 03/13/2017 | WIRE | | Incoming Wire Transfer | | $1,000.00 | $1,000.00 |
| 02/15/2017 | WIRE | | Incoming Wire Transfer | | $1,000.00 | $1,049.00 |
| 11/07/2016 | WIRE | | Incoming Wire Transfer | | $1,000.00 | $1,404.64 |
| 08/02/2016 | WIRE | | Incoming Wire Transfer | | $1,000.00 | $1,210.59 |
| 07/01/2016 | WIRE | | Incoming Wire Transfer | | $1,000.00 | $2,988.23 |
| 06/01/2016 | WIRE | | Incoming Wire Transfer | | $1,000.00 | $1,940.01 |
| 05/23/2016 | WIRE | | Incoming Wire Transfer | | $1,000.00 | $1,000.00 |

1. Intra-day transactions are subject to change.

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: XXXX-XXXXX682
Today's Date: 04:01 PM ET, 05/11/2017

Charles Schwab & Co., Inc., Schwab Wealth Investment Advisory, Inc. ("SWIA"), Charles Schwab Bank, and optionsXpress, Inc. are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC)

) ("Schwab") and optionsXpress, Inc. (Member SIPC) ("optionsXpress"). Schwab Intelligent PortfoliosTM is offered by SWIA, a registered investment advisor, and Institutional Intelligent Portfolios™, is made available through independent investment advisors and sponsored by SWIA. Deposit and lending

products and services are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank sweep accounts are generally held at Charles Schwab Bank. Funds deposited at Schwab Bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 when aggregated with all other deposits held by you in the same capacity at Schwab Bank. Funds on deposit at Schwab Bank are not deposits or obligations of Charles Schwab & Co., Inc. and may not be covered by the Securities Investor Protection Corporation (SIPC 🔲). NOTE: Funds deposited at an FDIC insured institution are insured, in aggregate, up to $250,000 per depositor, per insured institution based upon account type by the Federal Deposit Insurance Corporation (FDIC).

© 2017 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

# Attachment 2

Accounts >History & Statements : for XXXXXX5418682 as of 05/11/17 04:02 PM

**Checking XXXXXX-418682 from 05/11/2015 to 05/11/2017**

| Date | Type | Check Number | Description | Withdrawal (-) | Deposit (+) | Running Balance |
|------|------|--------------|-------------|----------------|-------------|-----------------|

## Pending Transactions

> **Pending Transactions are not reflected within this sort criterion.**

## Posted Transactions

| Date | Type | Check Number | Description | Withdrawal (-) | Deposit (+) | Running Balance |
|------|------|--------------|-------------|----------------|-------------|-----------------|
| 05/11/2017 | ACH | | BANK OF AMERICA P2P 170511 | | $1,000.00 | $1,251.23 |
| 04/28/2017 | INTADJUST | | Interest Paid | | $0.04 | $251.23 |
| 04/25/2017 | ACH | | FIG TREE CAPITAL EXPENSE DD 170425 | | $95.43 | $207.33 |
| 04/19/2017 | ACH | | PAYPAL INST XFER 170418 | $11.99 | | $650.03 |
| 04/11/2017 | ACH | | BANK OF AMERICA P2P 170411 | | $1,000.00 | $1,000.00 |
| 03/31/2017 | INTADJUST | | Interest Paid | | $0.01 | $169.24 |
| 03/27/2017 | ACH | | FIG TREE CAPITAL EXPENSE DD 170327 | | $70.52 | $111.00 |
| 03/23/2017 | ACH | | ANTHONY SANCHEZ ORTIZ IAT PAYPAL USDUSD~ | $200.52 | | $40.48 |
| 03/22/2017 | ACH | | PAYPAL TRANSFER 170321 | | $442.00 | $442.00 |
| 02/28/2017 | INTADJUST | | Interest Paid | | $0.05 | $17.36 |
| 01/31/2017 | INTADJUST | | Interest Paid | | $0.10 | $1,601.86 |

| Date | Type | Description | | | |
|------|------|-------------|---|---|---|
| 01/27/2017 | ACH | FIG TREE CAPITAL EXPENSE DD 170127 | | $115.11 | $1,601.76 |
| 01/13/2017 | ACH | BANK OF AMERICA P2P 170113 | | $1,000.00 | $1,486.65 |
| 12/30/2016 | INTADJUST | Interest Paid | | $0.04 | $486.65 |
| 12/28/2016 | ACH | FIG TREE CAPITAL EXPENSE DD 161228 | | $47.50 | $486.61 |
| 12/08/2016 | ACH | BANK OF AMERICA P2P 161208 | | $1,000.00 | $1,439.11 |
| 12/01/2016 | ACH | FIG TREE CAPITAL PAYROLL DD 161201 | | $34.41 | $1,439.11 |
| 11/30/2016 | INTADJUST | Interest Paid | | $0.06 | $1,404.70 |
| 11/04/2016 | ACH | PAYPAL INST XFER 161102~ Tran: ACHDW | $200.00 | | $404.64 |
| 10/31/2016 | INTADJUST | Interest Paid | | $0.03 | $604.64 |
| 10/27/2016 | ACH | FIG TREE CAPITAL PAYROLL DD 161027 | | $71.82 | $604.61 |
| 10/24/2016 | ACH | PAYPAL INST XFER 161020~ Tran: ACHDW | $16.99 | | $532.79 |
| 10/24/2016 | ACH | PAYPAL INST XFER 161020~ Tran: ACHDW | $16.99 | | $549.78 |
| 10/19/2016 | ACH | PAYPAL INST XFER 161018 | $11.99 | | $566.77 |
| 10/06/2016 | ACH | BANK OF AMERICA P2P 161006 | | $1,000.00 | $1,078.76 |
| 10/03/2016 | ACH | FIG TREE CAPITAL PAYROLL DD 161003 | | $56.89 | $78.76 |
| 10/03/2016 | ACH | PAYPAL INST XFER 160929~ Tran: ACHDW | $50.00 | | $21.87 |
| 09/30/2016 | INTADJUST | Interest Paid | | $0.02 | $71.87 |
| 09/27/2016 | ACH | PAYPAL INST XFER 160926 | $83.05 | | $71.85 |
| 09/20/2016 | ACH | PAYPAL INST XFER 160919 | $82.20 | | $154.90 |

| 09/19/2016 | ACH | PAYPAL INST XFER 160918 | $180.18 | | $637.10 |
| 09/19/2016 | ACH | PAYPAL INST XFER 160918 | $11.99 | | $817.28 |
| 09/13/2016 | ACH | PAYPAL INST XFER 160912 | $43.00 | | $829.27 |
| 09/13/2016 | ACH | PAYPAL INST XFER 160912 | $33.39 | | $872.27 |
| 09/12/2016 | ACH | PAYPAL INST XFER 160909 | $16.99 | | $1,000.66 |
| 09/09/2016 | ACH | PAYPAL INST XFER 160908 | $16.99 | | $1,017.65 |
| 09/09/2016 | ACH | PAYPAL INST XFER 160908 | $16.99 | | $1,034.64 |
| 09/08/2016 | ACH | FIG TREE CAPITAL PAYROLL DD 160908 | | $51.63 | $1,051.63 |
| 09/07/2016 | ACH | BANK OF AMERICA P2P 160907 | | $1,000.00 | $1,000.00 |
| 09/06/2016 | ACH | PAYPAL INST XFER 160905 | $52.23 | | -$52.21 |
| 08/31/2016 | INTADJUST | Interest Paid | | $0.02 | $0.02 |
| 08/30/2016 | ACH | PAYPAL INST XFER 160829 | $54.80 | | -$54.80 |
| 08/23/2016 | ACH | PAYPAL INST XFER 160822 | $250.00 | | -$107.05 |
| 08/23/2016 | ACH | PAYPAL INST XFER 160822 | $19.70 | | $142.95 |
| 08/19/2016 | ACH | PAYPAL INST XFER 160818~ Tran: ACHDW | $11.99 | | $162.65 |
| 08/18/2016 | ACH | PAYPAL INST XFER 160817 | $150.00 | | $174.64 |
| 08/16/2016 | ACH | PAYPAL INST XFER 160815 | $47.09 | | $324.64 |
| 08/15/2016 | ACH | PAYPAL INST XFER 160812 | $200.00 | | $371.73 |
| 08/15/2016 | ACH | PAYPAL INST XFER 160812 | $5.47 | | $571.73 |
| 08/09/2016 | ACH | PAYPAL INST XFER 160808 | $100.00 | | $577.20 |
| | | PAYPAL INST | | | |

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 08/09/2016 | ACH | XFER 160808 | $300.00 | | $677.20 |
| 08/09/2016 | ACH | PAYPAL INST XFER 160808 | $33.39 | | $977.20 |
| 08/04/2016 | ACH | PAYPAL INST XFER 160803 | $200.00 | | $1,010.59 |
| 08/02/2016 | ACH | PAYPAL INST XFER 160801 | $62.50 | | $210.59 |
| 07/29/2016 | INTADJUST | Interest Paid | | $0.05 | $273.09 |
| 07/29/2016 | ACH | FIG TREE CAPITAL PAYROLL DD 160729 | | $84.81 | $273.04 |
| 06/30/2016 | INTADJUST | Interest Paid | | $0.10 | $1,988.23 |
| 06/13/2016 | ACH | PAYPAL INST XFER 160610~ Tran: ACHDW | $8.88 | | $1,988.13 |
| 06/03/2016 | ACH | FIG TREE CAPITAL PAYROLL DD 160603 | | $57.00 | $1,997.01 |
| 06/01/2016 | ACH | PAYPAL TRANSFER 160531 | | $940.00 | $940.01 |
| 05/31/2016 | INTADJUST | Interest Paid | | $0.01 | $0.01 |
| 05/04/2016 | ACH | MARTIN LEFEBVRE IAT PAYPAL USDUSD | $122.83 | | -$107.16 |
| 04/29/2016 | INTADJUST | Interest Paid | | | $15.67 |
| 04/20/2016 | ACH | AVANGATE B.V. IAT PAYPAL USDUSD | $100.00 | | $5.14 |
| 04/15/2016 | ACH | FIG TREE CAPITAL PAYROLL DD 160415 | | $105.14 | $105.14 |
| 04/06/2016 | ACH | HOMEAWAY REMITTANCE 160405 | | $255.38 | $255.38 |
| 03/31/2016 | INTADJUST | Interest Paid | | | $122.44 |
| 03/23/2016 | ACH | FIG TREE CAPITAL PAYMENT 160323 | | $118.33 | $197.61 |
| 03/23/2016 | ACH | FIG TREE CAPITAL PAYMENT 160323 | | $79.28 | $79.28 |
| 03/21/2016 | ACH | BANK OF AMERICA TRIALCREDT 160321 | | $0.01 | $0.01 |

Case 1:17-cv-01751-SCJ   Document 8-6   Filed 06/19/17   Page 13 of 13

| 03/03/2016 | ACH | HOMEAWAY RECAPTURE 160302 | $548.62 | | -$49.98 |
|---|---|---|---|---|---|
| 03/03/2016 | ACH | HOMEAWAY FEES 160302 | $25.00 | | $498.64 |
| 03/03/2016 | ACH | HOMEAWAY FEES 160302 | $25.00 | | $523.64 |
| 02/29/2016 | INTADJUST | Interest Paid | | $0.02 | $548.64 |
| 02/05/2016 | ACH | HOMEAWAY REMITTANCE 160204 | | $548.62 | $548.62 |
| 07/31/2015 | INTADJUST | Interest Paid | | | $0.00 |
| 07/07/2015 | ACH | HOMEAWAY RECAPTURE 150706 | $751.50 | | -$25.00 |
| 07/07/2015 | ACH | HOMEAWAY FEES 150706 | $25.00 | | $726.50 |
| 07/06/2015 | ACH | HOMEAWAY REMITTANCE 150703 | | $751.50 | $751.50 |

**1.** Intra-day transactions are subject to change.

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: XXXX-XXXXX682
Today's Date: 04:02 PM ET, 05/11/2017

Charles Schwab & Co., Inc., Schwab Wealth Investment Advisory, Inc. ("SWIA"), Charles Schwab Bank, and optionsXpress, Inc. are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC)

) ("Schwab") and optionsXpress, Inc. (Member SIPC) ("optionsXpress"). Schwab Intelligent Portfolios™ is offered by SWIA, a registered investment advisor, and Institutional Intelligent Portfolios™, is made available through independent investment advisors and sponsored by SWIA. Deposit and lending products and services are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank sweep accounts are generally held at Charles Schwab Bank. Funds deposited at Schwab Bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 when aggregated with all other deposits held by you in the same capacity at Schwab Bank. Funds on deposit at Schwab Bank are not deposits or obligations of Charles Schwab & Co., Inc. and may not be covered by the Securities Investor Protection Corporation (SIPC). NOTE: Funds deposited at an FDIC insured institution are insured, in aggregate, up to $250,000 per depositor, per insured institution based upon account type by the Federal Deposit Insurance Corporation (FDIC).

© 2017 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.