# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Civil Action |
| DEDRIC DUNCAN, ) ) | No. 1:17-CV-1751-SCJ |
| Defendant. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

COMES NOW Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a Easybit ("Plaintiff" or "Easybit"), by and through its undersigned counsel of record, and hereby moves this Court to stay all pre-discovery deadlines under Local Rules 16 and 26 (and their counterparts in the Federal Rules of Civil Procedure), as well as the corresponding commencement of the discovery period, until (if still necessary) fourteen (14) days after the Court rules on Plaintiff's Motion for Summary Judgment (Dkt. 8). Defendant Dedric Duncan ("Defendant" or "Duncan"), through his counsel of record, has advised that Defendant does not oppose this Motion for Extension of Deadlines. In support of this Motion, Plaintiff shows the Court the following:

1.  On May 15, 2017, Plaintiff filed its Complaint with Jury Demand. (Dkt. No. 1).

2.      On June 1, 2017, Plaintiff filed its Amended Complaint with Jury Demand. (Dkt. 5).

3.      On June 12, 2017, Defendant timely filed his Answer and Defenses. (Dkt. 7).

4.      On June 19, 2017, Plaintiff filed its Motion for Summary Judgment and supporting documents (Dkts. 8 – 8-4) (collectively, the "Motion for Summary Judgment") seeking summary judgment on Plaintiff's sole claim for relief in this action, which is for breach of contract.

5.      In light of the pending Motion for Summary Judgment, Plaintiff believes that it would be more appropriate and cost-effective to defer compliance with the deadlines for holding an Early Planning Conference under Federal Rule of Civil Procedure 26(f) and Local Rule 16.1, filing a Joint Preliminary Report and Discovery Plan under Federal Rule of Civil Procedure 26(f) and Local Rule 16.2, and making Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1, as well as the corresponding commencement of the discovery period, until (if still necessary) a reasonable period of time after the Court rules on the Motion for Summary Judgment.

WHEREFORE, Plaintiff respectfully requests this Court to enter an Order staying all of the foregoing pre-discovery deadlines under the Local Rules 16 and

26 (and their counterparts in the Federal Rules of Civil Procedure), as well as the corresponding commencement of the discovery period, until (if still necessary) fourteen (14) days after the Court rules on the Motion for Summary Judgment.

For the convenience of the Court, a proposed Order is attached.

Respectfully submitted, this 26th day of June, 2017.

/s/ Michael Eric Ross
Ga. Bar No.: 615190
Eric S. Fisher
Ga. Bar No.: 250428
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA  30339
Telephone: (678) 336-7234
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, ) ) ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action** |
| **DEDRIC DUNCAN,** ) | **No. 1:17-CV-1751-SCJ** |
| ) | |
| **Defendant.** ) | |

**CERTIFICATE OF COMPLIANCE WITH LR 5.1C**

I HEREBY CERTIFY, in accordance with LR 7.1D, that I prepared the foregoing in Times New Roman, 14-point font, as approved by LR 5.1C.

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (678) 336-7234
Facsimile: (770) 434-7376
mross@taylorenglish.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, ) ) ) Plaintiff, ) ) DEDRIC DUNCAN, ) ) Defendant. ) | Civil Action No. 1:17-CV-1751-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF DEADLINES was filed with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

This 26th day of June, 2017.

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190