IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT,  )<br><br>Plaintiff,  )<br><br>)<br>DEDRIC DUNCAN,  )<br><br>Defendant.  ) | Civil Action<br>No. 1:17-CV-1751-SCJ |

## ORDER

Having considered the foregoing UNOPPOSED MOTION FOR EXTENSION OF DEADLINES, and for good cause shown, this UNOPPOSED MOTION is granted. It is hereby ORDERED that the deadlines for holding an Early Planning Conference under Federal Rule of Civil Procedure 26(f) and Local Rule 16.1, filing a Joint Preliminary Report and Discovery Plan under Federal Rule of Civil Procedure 26(f) and Local Rule 16.2, and making Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1, as well as the corresponding commencement of the discovery period, are stayed until (if still necessary) fourteen (14) days after the Court rules on the Motion for Summary Judgment.

2

This  29th day of June, 2017.

                                 s/Steve C. Jones
                                 STEVE C. JONES
                                 United States District Judge