IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING | ) | |
| LIMITED, LLC D/B/A EASYBIT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.1:17-CV-1751-SCJ** |
| DEDRIC DUNCAN, | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEDRIC DUNCAN'S MOITION FOR ADDITONAL TIME TO RESPOND PLAINTIFF'S MOTIONFOR SUMMARY JUDGMNET  PURSUANT TO RULE 56 OF THE FEDERAL RULES CIVIL RULES OF PROCEDURE

COME NOW DEFENDANT DEDRIC DUNCAN in the above-styled action, pursuant to Rule 56 of the Federal Rules of Civil Procedure.  and files his Motion for Additional Time to Respond to Plaintiff's Motion for Additional Time to Respond to Plaintiff's Motion for Summary Judgment.  In support thereof, Mr. Duncan states the following:

## ARGUMENT

1. Counsel for Dedric Duncan is requesting an additional 48 hours in order to file Mr. Duncan's opposition to Plaintiff's Motion for Summary Judgment.

2. There are several issues that were unknown to counsel for Mr. Duncan or his counsel at the  time Plaintiff's present motion was

filed which caused a delay in responding to said motion.  With regard to certain issues, it took much, much longer than the undersigned anticipated.

3. First, when the summary judgment motion was filed by Plaintiff, the undersigned could not open the motion or any accompanying material that had been forwarded to him by Plaintiff's counsel due to the format the summary judgment motion and accompanying materials had been filed.

4. On June 23, 20127, Counsel for Plaintiff was kind enough to forward the undersigned the summary judgment motion and accompanying materials in a format that could the undersigned could open and read.

5. Furthermore,  in order to verify some of Plaintiff's allegations in the Complaint and ensure that Mr. Duncan's Statement of Facts were accurate,   the documents and filings from the previous litigation were an absolute necessity.

6. However, when the documents and filings were attempting to be located, it was discovered that someone had unlawfully accessed

the drop box in which they were located and deleted each and every item.  (Ex. 1).

7.  Locating all the documents and Court filings that the dropbox should have contained took and extraordinary amount of time and resources.  Further, it also was a prime factor in the undersigned requesting additional time to file Mr. Duncan's response to Plaintiff's Motion.  (Ex. 1).

8.  Finally, the time to respond to Plaintiff's summary judgment motion fell within a holiday, the Fourth of July, that also contributed the necessity of seeking additional time from this Honorable Court to respond to Plaintiff's present motion.

9.  With regard to Mr. Duncan's present motion, Plaintiff will not be prejudiced by the granting of this Motion.

10.  Finally, Mr. Duncan will be greatly prejudiced in the event that the current motion is denied.

**WHEREORE**, Defendant Dedric Duncan prays that this Honorable Court grant the present motion and allow another 48 hours for Mr. Duncan to file his Opposition to Plaintiff's Motion for Summary Judgment and enter an Order accordingly.

3

Respectfully Submitted,


/s/T. Eric Ponder, Esquire

Attorney for Dedric Duncan.




**OF COUNSEL:**

T. Eric Ponder, P.C.

3130 South Main Street, Suite 100

East Point, Georgia 30344

(404) 295-5980-office

ericponderlaw@gmail.com




s/

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Answer and Defenses was served by E-mail and U.S. Mail to the following counsel of record on this the 11th day of July, 2017:

Michael Eric Ross, Esquire
GA Bar No. 615190
Eric S. Fisher. Esquire
GABarNo.250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com




.S./ T. Eric Ponder, Esquire
Of Counsel