IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) |
| Plaintiff, | ) ) ) |
| CJ DEDRIC DUNCAN, | Civil Action No. 1:17-CV-1751-S ) ) |
| Defendant. | ) |

**AFFIDAVIT OF T. BLAKE LIVEOAK**

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF JEFFERSON | ) |

My name is T. Blake Liveoak. I am over 18 years of age and am competent to make this statement. This statement is based on my personal knowledge and observation and is true and correct.

With regard to the previous litigation, all documents and Court filings were contained in a drop box that myself, Mr. Duncan and Mr. Lober, Mr. Duncan's previous, local counsel, only had access. On May 1, 2017, I informed Mr. Dupree that all future correspondence and Court filings the Settlement Agreement should be forwarded to my office and not to Mr. Lober since he had not represented Mr.

Case 1:17-cv-01751-SCJ   Document 14-1   Filed 07/11/17   Page 2 of 3


Duncan in quite some time. At this time, the drop box containing the documents and Court filings from the previous litigation were still in the drop box could be accessed. However, after Plaintiff's summary judgment motion was filed, someone other than Mr. Duncan or myself unlawfully accessed the drop box and deleted or highjacked all the documentation. These documents were crucial in verifying statements made by the Plaintiff its summary judgment motion. In addition, it took an extraordinary amount of time to gather the documents and pleadings so that a proper response could be filed.

Further Your Affiant Sayeth Not,

*[signature]*

T. Blake Liveoak

Sworn to and subscribed before me on this the _11th_ day of July, 2017

*[signature]*

Notary Public

My Commission Expires _____

**MY COMMISSION EXPIRES JANUARY 31, 2020**