## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action |
| DEDRIC DUNCAN, | ) | No. 1:17-CV-1751-SCJ |
| | ) | |
| Defendant. | ) | |

### RESPONSE IN OPPOSITION TO DEFENDANT'S UNTIMELY MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a Easybit filed and served its Motion for Summary Judgment and supporting materials on June 19, 2017. (Dkts. 8 - 8-6) (collectively, the "Motion for Summary Judgment"). Defendant Dedric Duncan was required to file his "response, responsive memorandum, affidavits, and any other responsive material *not later than*" July 10, 2017, or "twenty-one (21) days after the service of the motion." (LR 7.1(B) (emphasis added)). Not only did Defendant fail to file any response or other responsive material by July 10, but he also failed to file the instant Motion for Additional Time to Respond to Plaintiff's Motion for Summary Judgment (Dkt. 14) (the "Motion for Extension of Time") by this deadline.

Rather, at 8:53 p.m. on July 11, 2017, Defendant filed his untimely Opposition to Plaintiff's Motion for Summary Judgment (Dkt. 13) ("Defendant's Opposition"), which he followed at 10:06 p.m. by filing the Motion for Extension of Time. Because the original time for Defendant to file his response to the Motion for Summary Judgment expired on July 10, Defendant was subject to Federal Rule of Civil Procedure 6(b)(1)(B), which states: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: [¶] on motion made after the time has expired *if the party failed to act because of excusable neglect*." (Fed. R. Civ. P. 6(b)(1)(B) (emphasis added)). Nowhere in the Motion for Extension of Time does Defendant even mention this test, let alone attempt to meet it. This glaring deficiency is itself sufficient to warrant denial of the Motion for Extension of Time.

It is worth noting that Defendant is not *pro se*. Instead, he is represented by two lawyers from two different firms. Defendant and his attorneys should not be given a pass for missing the due date to respond to Plaintiff's Motion for Summary Judgment by merely alleging (a) that preparing a response to the Motion for Summary Judgment "took much, much longer than the undersigned anticipated" (Mot. for Extension of Time at 2), and (b) that "the undersigned could not open the motion or any accompanying material" (*id*.), which rings particularly hollow since

(i) these papers were electronically filed with this Court (and on Pacer) after Defendant electronically filed his Answer (Dkt. 7), and (ii) Defendant's counsel could easily have retrieved prior Court filings from Pacer even if, as they conveniently contend, these documents mysteriously disappeared from their electronic repository. (*Id*. at 2-3).

By any measure, these putative excuses do not rise to the level of excusable neglect. Indeed, it is telling that Defendant does not even contend otherwise.

"Failure to file a response shall indicate that there is no opposition to the motion." (LR 7.1(B)). Accordingly, the Court ought to deny the Motion for Extension of Time and disregard Defendant's Opposition as untimely. But if the Court is inclined to grant the Motion for Extension of Time, and will consider Defendant's Opposition, Plaintiff requests that it be allowed to file a Reply in Support of the Motion for Summary Judgment within fourteen (14) days of the Court's Order.

For the reasons set forth herein, Plaintiff respectfully requests that the Court deny Defendant's Motion for Extension of Time and rule on the Motion for Summary Judgment as unopposed.

Respectfully submitted, this 12th day of July, 2017.

/s/ Michael Eric Ross
Ga. Bar No.: 615190
Eric S. Fisher
Ga. Bar No.: 250428
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA  30339
Telephone: (678) 336-7234
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action |
| DEDRIC DUNCAN, | ) ) | No. 1:17-CV-1751-SCJ |
| Defendant. | ) | |

### CERTIFICATE OF COMPLIANCE WITH LR 5.1C

I HEREBY CERTIFY, in accordance with LR 7.1D, that I prepared the foregoing in Times New Roman, 14-point font, as approved by LR 5.1C.

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (678) 336-7234
Facsimile: (770) 434-7376
mross@taylorenglish.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action |
| DEDRIC DUNCAN, | ) ) | No. 1:17-CV-1751-SCJ |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing RESPONSE IN OPPOSITION TO DEFENDANT'S UNTIMELY MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was filed with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

This 12th day of July, 2017.

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190