IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT,<br><br>　　　Plaintiff,<br><br>v.<br><br>DEDRIC DUNCAN,<br><br>　　　Defendant. | CIVIL ACTION NO.<br>1:17-CV-1751-SCJ |

## O R D E R

This matter appears before the Court as a follow up to the Court's June 1, 2017 show cause order (Doc. No. [4]) in which the Court noted deficiencies in the pleading of subject matter jurisdiction.

On June 1, 2017, Plaintiff filed an Amended Complaint that attempted to correct the pleading deficiency as Wah Sing Trading Limited, LLC; however, the Court finds that a deficiency still remains as to the pleading of the citizenship of membership of the LLC. Specifically, Plaintiff utilized residency (not citizenship) pleading as to LLC Member, Michael J. Dupree, Jr. Doc. No. [5], p. 2, ¶ 3. Said pleading fails to meet Plaintiff's burden to demonstrate that this Court has diversity jurisdiction in that Plaintiff has failed to correctly plead Mr. Dupree's citizenship. The Eleventh Circuit has made clear that residency pleading is not sufficient. See Travaglio v. Am. Exp. Co., 735 F.3d 1266, 1269 (11th Cir. 2013)(citations omitted) ("As we indicated in

remanding this case for jurisdictional findings, the allegations in [plaintiff's] complaint about her citizenship are fatally defective. Residence alone is not enough. 'Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction.' And domicile requires both residence in a state and 'an intention to remain there indefinitely . . . .'"); see also Taylor v. Appleton, 30 F.3d 1365, 1367 (11th Cir. 1994) ("Citizenship, not residence, is the key fact that must be alleged in the complaint to establish diversity for a natural person.").

To this regard, Plaintiff is ordered to **SHOW CAUSE** through an amended complaint (that corrects the above-stated pleading deficiency as to LLC Member, Michael J. Dupree, Jr.) as to why this action should not be dismissed for lack of subject matter jurisdiction no later than **5 p.m., July 28, 2017.**

IT IS SO ORDERED, this 17th day of July, 2017.

*/s/ Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE