IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action |
| DEDRIC DUNCAN, | ) ) ) | No. 1:17-CV-1751-SCJ |
| Defendant. | ) | |

## SECOND AMENDED COMPLAINT

Pursuant to the Court's Order of July 17, 2017 (Dkt. 16), Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("EasyBit" or "Plaintiff") hereby amends its Amended Complaint (Dkt. 5) as set forth below. All other allegations and exhibits are identical to those in the Amended Complaint, and are hereby adopted and incorporated.

Paragraph 3 of the Amended Complaint is amended as follows:

3.   EasyBit is a Nevada limited liability company, with its headquarters located in the State of Colorado. Easybit's sole member is Wah Sing (HK) Trading Limited, a Chinese company, which is wholly owned by Michael J. Dupree, Jr., a citizen of the State of Colorado.

Respectfully submitted this 19th day of July, 2017.

**TAYLOR ENGLISH DUMA LLP**

*/s/ Eric S. Fisher*
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

**TAYLOR ENGLISH DUMA LLP**

*/s/ Eric S. Fisher*
Eric S. Fisher
GA Bar No. 250428

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing SECOND AMENDED COMPLAINT was filed with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

This 19th day of July, 2017.

/s/ Eric S. Fisher
Eric S. Fisher
GA Bar No. 250428