IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT,

    Plaintiff,

v.

DEDRIC DUNCAN,

    Defendant.

CIVIL ACTION NO.
1:17-CV-1751-SCJ

## O R D E R

This matter appears before the Court on its own motion and for purposes of perfecting the record. The Court hereby deems its June 1, 2017 and July 17, 2017 show cause orders (Doc. Nos. [4], [16]) satisfied by the Plaintiff's Amended Complaints (Doc. Nos. [5], [17]). The Court will not require any additional action on the part of the Plaintiff in regard to said show cause orders.

IT IS SO ORDERED, this 20th day of July, 2017.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)