IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | : : : |
| Plaintiff, | : CIVIL ACTION NO. : 1:17-CV-1751-SCJ |
| v. | : : |
| DEDRIC DUNCAN, | : : |
| Defendant. | : |

## ORDER

This matter appears before the Court on Defendant's Motion for Additional Time to Respond to Plaintiff's Motion for Summary Judgment (Doc. No. [14]). On July 12, 2017, Plaintiff filed a response in opposition arguing that the Defendant has failed to show excusable neglect. Doc. No. [15], p. 2. Plaintiff also appears to essentially argue that the Court should deem its motion for summary judgment as unopposed under Local Rule 7.1(B). Id. at p. 3.

After review, the Court declines to apply Local Rule 7.1(B), because the Eleventh Circuit has held that a district court "cannot base the entry of summary judgment on the mere fact that the motion was unopposed, but, rather, must consider the merits of the motion." United States v. One Piece of Real Prop. Located at 5800 SW 74th Ave., Miami, Fla., 363 F.3d 1099, 1101 (11th Cir. 2004).

The Eleventh Circuit also has a preference for deciding cases on the merits. Cf. Perez v. Wells Fargo N.A., 774 F.3d 1329, 1332 (11th Cir. 2014) ("And we have a strong preference for deciding cases on the merits—not based on a single missed deadline—whenever reasonably possible.").

Accordingly, Defendant's Motion for Additional Time to Respond to Plaintiff's Motion for Summary Judgment (Doc. No. [14]) is **GRANTED**. The Defendant's July 11, 2017 response brief (at Doc. No. [13]) will be considered by the Court. Plaintiff shall file a summary judgment reply brief within **fourteen days** of the entry of this Order.

**IT IS SO ORDERED,** this 14th day of November, 2017.

> s/Steve C. Jones
> HONORABLE STEVE C. JONES
> UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)