**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT,<br>          **Plaintiff,**<br><br>v.<br><br>DEDRIC DUNCAN,<br><br>          **Defendant.** | CIVIL ACTION NO:<br>17-CV-1751-SCJ |

**PLAINTIFF'S COMBINED LR 54.2 MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES AND BRIEF IN SUPPORT**

Pursuant to LR 54.2 and the Court's Final Consent Order and Judgment (Dkt. 22) (the "Final Order and Judgment"), Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a Easybit ("Plaintiff" or "Easybit") hereby files its Motion for Attorneys' Fees and Litigation Expenses (the "Fees Motion"), as follows:

This lawsuit was filed on May 15, 2017. (Dkt. 1). In its January 3, 2018 Order (Dkt. 21), the Court granted Plaintiff's Motion for Summary Judgment (Dkt. 8). In the Final Order and Judgment, the Court confirmed that Defendant is "liable to Plaintiff for the costs of collection, including reasonable attorneys' fees, associated with exercise of Plaintiff's Remedy upon Default, in the total amount to

be determined by the filing of a bill of costs, as well as a motion for attorney's fees and subsequent order of the court." (Final Order and Judgment at 2).

Attached as Exhibit "A" hereto is the Declaration of Eric S. Fisher in Support of the Fees Motion (the "Fisher Declaration"). Attached as Exhibit 1 to the Fisher Declaration is a summary of the statements of Taylor English Duma LLP ("Taylor English") to Plaintiff for all services rendered and billed since May 1, 2017, redacted to exclude information protected by the attorney-client privilege (the "Statement"). (Fisher Declaration, ¶ 2). The Statement is a business record of Taylor English. (*Id.*).

Plaintiff was not billed by Taylor English for any of the time in this matter of paralegals, legal secretaries, or any other staff members. (*Id.*, ¶ 3). Plaintiff was billed at rates of $375 an hour for Michael Eric Ross and $345 an hour for Mr. Fisher. (*Id.*, ¶ 4). The Statement accurately reflects the time that Mr. Ross and Mr. Fisher devoted to this matter for which Plaintiff was billed. (*Id.*).

Taylor English has billed Plaintiff for 24.7 hours of Mr. Fisher's time and 16.3 hours of Mr. Ross's time from May 1, 2017 through January 4, 2018. (*Id.*, ¶ 8). Plaintiff has been billed a total of **$14,634.00** for this time, which Plaintiff has paid or is expected to pay in full. (*Id.*). The amount of time that Plaintiff's counsel

spent on this matter is reasonable under the circumstances and in light of the work required. (*Id.*, ¶ 9).

In addition, Plaintiff has incurred a total of **$400.00** of expenses incident to this litigation for the filing fee with this Court.[1] (*Id.*, ¶ 10).

Plaintiff is therefore seeking payment from Defendant, pursuant to the Final Order and Judgment, of the total amount of **$15,034.00** for the attorneys' fees and other litigation expenses that Plaintiff incurred in this action. (*Id.*, ¶ 11).

## **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Fees Motion be granted in its entirety and that Defendant be ordered to pay Plaintiff the total amount of **$15,034.00** for the attorneys' fees and other litigation expenses that Plaintiff incurred in this action. A proposed Order is submitted with this filing for the convenience of the Court.

---

[1] In lieu of separately filing a Bill of Costs, Plaintiff incorporated the cost of filing this action herein.

Respectfully submitted, this 22nd day of January, 2018.

/s/ Michael Eric Ross
Michael Eric Ross
Georgia Bar No. 615190
Eric S. Fisher
Georgia Bar No. 250428

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (678) 336-7234
mross@taylorenglish.com
efisher@taylorenglish.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO: |
| v. | ) | 17-CV-1751-SCJ |
| | ) | |
| DEDRIC DUNCAN, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1**

I HEREBY CERTIFY that I prepared the foregoing in Times New Roman, 14-point font, as approved by LR 5.1.

/s/ Michael Eric Ross
Michael Eric Ross
Georgia Bar No. 615190

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, <br>       **Plaintiff,** <br><br> v. <br><br> DEDRIC DUNCAN, <br><br>       **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) )  **CIVIL ACTION NO:** <br> **17-CV-1751-SCJ** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S COMBINED LR 54.2 MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES AND BRIEF IN SUPPORT was filed with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

This 22nd day of January, 2018.

                                                       /s/ Michael Eric Ross
                                                     Michael Eric Ross
                                                     Georgia Bar No. 615190