# Exhibit A

## <u>DECLARATION OF ERIC S. FISHER</u>

1.      My name is Eric S. Fisher. I am over the age of eighteen (18) and competent to give this Declaration. I am one of Plaintiff's counsel of record in this action and have personal knowledge of all matters set forth herein. This Declaration is given for use in connection with Plaintiff's Combined LR 54.2 Motion for Attorneys' Fees and Litigation Expenses and Brief in Support (the "LR 54.2 Motion") based on the Court's Final Consent Order and Judgment (Dkt. 22) (the "Final Order and Judgment"), and for all other purposes permitted by law.

2.      Attached hereto as Exhibit 1 is a summary of the statements of Taylor English Duma LLP ("Taylor English") to Plaintiff for all services rendered and billed since May 1, 2017, redacted to exclude information protected by the attorney-client privilege (the "Statement"). The Statement is a business record of Taylor English.

3.      Plaintiff was not billed by Taylor English for any of the time in this matter of paralegals, legal secretaries, or any other staff members.

4.      Plaintiff was billed at rates of $375 an hour for Michael Eric Ross and $345 an hour for me. The Statement accurately reflects the time that Mr. Ross and I devoted to this matter for which Plaintiff was billed.

1

5.     I practice primarily in the commercial litigation area, and routinely represent businesses and individuals in federal and state court litigation. I am a licensed, active, member of both the State Bars of California (2005) and Georgia (2008).

6.     Mickey Ross, lead counsel in this action for Plaintiff, practices in both the commercial litigation and employment areas, and routinely represents businesses and individuals in federal and state court litigation. He is a licensed member of the State Bar of Georgia (1974).

7.     These hourly rates are equal to or less than the rates customarily charged by attorneys of similar experience in the Metro Atlanta area for similar legal work.

8.     Taylor English has billed Plaintiff for 24.7 hours of my time and 16.3 hours of Mr. Ross's time from May 1, 2017 through January 4, 2018. Plaintiff has been billed a total of **$14,634.00** for this time, which Plaintiff has paid or is expected to pay in full.

9.     The amount of time that Mr. Ross and I spent on this matter is reasonable under the circumstances and in light of the work required.

10.     In addition, Plaintiff has incurred a total of **$400.00** of expenses incident to this litigation for the filing fee with this Court.[1]

11.     Plaintiff is therefore seeking payment from Defendant, pursuant to the Final Order and Judgment, of the total amount of **$15,034.00** for the attorneys' fees and other litigation expenses that Plaintiff incurred in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2018.


*/s/ Eric S. Fisher*
Eric S. Fisher

---

[1] In lieu of separately filing a Bill of Costs, Plaintiff incorporated the cost of filing this action herein.

3

# Exhibit 1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID | | | | | | | | | |
| 71895.0000 | 05/10/2017 | 121 | A | 1 | 345.00 | 0.50 | 172.50 | Review of correspondence regarding Duncan default; review of Consent Agreement, etc.; strategy discussion with M. Ross; correspondence regarding same | ARCH |
| 71895.0000 | 05/10/2017 | 117 | A | 1 | 375.00 | 0.30 | 112.50 | Review of email from M. Dupree regarding default of Promissory Note; office conference with E. Fisher regarding the same. | ARCH |
| 71895.0000 | 05/11/2017 | 121 | A | 1 | 345.00 | 0.70 | 241.50 | Preliminary work on new Complaint against Duncan | ARCH |
| 71895.0000 | 05/11/2017 | 117 | A | 1 | 375.00 | 0.20 | 75.00 | Office conference with E. Fisher regarding suit to enforce Consent Judgment. | ARCH |
| 71895.0000 | 05/12/2017 | 121 | A | 1 | 345.00 | 3.30 | 1,138.50 | Drafting and revision of Complaint; drafting and revision of Dupree Declaration; corresponding review of related documents, etc. | ARCH |
| 71895.0000 | 05/12/2017 | 117 | A | 1 | 375.00 | 0.80 | 300.00 | Review and revise Complaint to enforce settlement agreement; office conference with E. Fisher regarding the same; email with M. Dupree regarding the same. | ARCH |
| 71895.0000 | 05/15/2017 | 121 | A | 1 | 345.00 | 1.10 | 379.50 | Final review and revision of Complaint; correspondence regarding same; preparation of same for filing | ARCH |
| 71895.0000 | 05/15/2017 | 117 | A | 1 | 375.00 | 0.50 | 187.50 | Review and analyze latest draft of Complaint to enforce settlement agreement; office conference with E. Fisher regarding the same; review of email ██████ | ARCH |
| 71895.0000 | 05/16/2017 | 117 | A | 1 | 375.00 | 0.20 | 75.00 | Review of email from E. Fisher and opposing counsel regarding service of process. | ARCH |
| 71895.0000 | 05/17/2017 | 121 | A | 1 | 345.00 | 0.40 | 138.00 | Work on service issues, etc.; correspondence regarding same | ARCH |
| 71895.0000 | 05/18/2017 | 121 | A | 1 | 345.00 | 0.50 | 172.50 | Continued work on service and filings; correspondence regarding same | ARCH |
| 71895.0000 | 05/30/2017 | 121 | A | 1 | 345.00 | 0.50 | 172.50 | Correspondence with opposing counsel and client; review of ██████ | ARCH |
| 71895.0000 | 05/30/2017 | 117 | A | 1 | 375.00 | 0.20 | 75.00 | Office conference with E. Fisher regarding need for ██████ | ARCH |
| 71895.0000 | 06/01/2017 | 121 | A | 1 | 345.00 | 1.20 | 414.00 | Review of Court Order regarding jurisdiction; drafting of Amended Complaint; correspondence regarding same; drafting of Corporate Disclosure Statement; call with Alabama counsel; correspondence regarding same | ARCH |
| 71895.0000 | 06/01/2017 | 117 | A | 1 | 375.00 | 0.50 | 187.50 | Review and revise Amended Complaint; office conference with E. Fisher regarding the same; file and serve same; email with M. Dupree regarding the same. | ARCH |
| 71895.0000 | 06/01/2017 | 338 | A | 1 | | 1.50 | 0.00 | Prepare for and coordinate electronic filing and service by mail of Amended Complaint and Certificate of Interested Persons. | ARCH |
| 71895.0000 | 06/12/2017 | 121 | A | 1 | 345.00 | 0.60 | 207.00 | Review and analysis of Duncan Answer; strategy discussion with M. Ross; strategy email to client | ARCH |
| 71895.0000 | 06/12/2017 | 117 | A | 1 | 375.00 | 0.60 | 225.00 | Review and analyze Defendant's Answer; telephone conference with E. Fisher regarding the same and motion for summary judgment; review of email from E. Fisher to M. Dupree regarding the same; investigate | ARCH |
| 71895.0000 | 06/13/2017 | 121 | A | 1 | 345.00 | 3.90 | 1,345.50 | Drafting of Brief in support of Motion for Summary Judgment; corresponding case law research and analysis | ARCH |
| 71895.0000 | 06/13/2017 | 117 | A | 1 | 375.00 | 0.80 | 300.00 | Review and revise Brief in Support of Motion for Summary Judgment; email with E. Fisher regarding the same. | ARCH |
| 71895.0000 | 06/14/2017 | 121 | A | 1 | 345.00 | 2.30 | 793.50 | Revision of Motion for Summary Judgment Brief; drafting of Statement of Undisputed Material Facts | ARCH |
| 71895.0000 | 06/14/2017 | 117 | A | 1 | 375.00 | 0.60 | 225.00 | Review and revise latest draft of Brief in Support of Motion for Summary Judgment; review and revise Statement of Undisputed Material Facts; email with E. Fisher regarding the same. | ARCH |
| 71895.0000 | 06/15/2017 | 121 | A | 1 | 345.00 | 1.80 | 621.00 | Drafting of cover Motion; continued work on additional summary judgment papers; correspondence regarding same | ARCH |
| 71895.0000 | 06/15/2017 | 117 | A | 1 | 375.00 | 0.60 | 225.00 | Review and revise Motion for Summary Judgment and supporting papers; email with E. Fisher regarding the same; review of email from M. Dupree regarding the same. | ARCH |
| 71895.0000 | 06/16/2017 | 121 | A | 1 | 345.00 | 0.30 | 103.50 | Final work on Motion for Summary Judgment papers | ARCH |
| 71895.0000 | 06/16/2017 | 117 | A | 1 | 375.00 | 0.30 | 112.50 | Final review of summary judgment papers before filing; email to E. Fisher regarding Motion to Stay pretrial deadlines. | ARCH |
| 71895.0000 | 06/16/2017 | 338 | A | 1 | | 2.00 | 0.00 | Prepare for filing of Motion for Summary Judgment and supporting documents. | ARCH |
| 71895.0000 | 06/19/2017 | 121 | A | 1 | 345.00 | 0.40 | 138.00 | Final review of filings; correspondence with opposing counsel regarding same | ARCH |
| 71895.0000 | 06/19/2017 | 338 | A | 1 | | 0.70 | 0.00 | Coordinate electronic filing and service of Motion for Summary Judgment and supporting documents; calendar response deadline. | ARCH |
| 71895.0000 | 06/23/2017 | 121 | A | 1 | 345.00 | 1.10 | 379.50 | Drafting and revision of Motion for Extension and | ARCH |

**Detail Fee Transaction File List**
Taylor English Duma, LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID** ▮▮▮ | | | | | | | | | |
| 71895.0000 | 06/23/2017 | 117 | A | 1 | 375.00 | 0.70 | 262.50 | Proposed Order; correspondence regarding same Review and revise Motion to Extend Deadlines and proposed Order; email with E. Fisher regarding the same; review of email from E. Fisher to opposing counsel regarding the same. | ARCH |
| 71895.0000 | 06/26/2017 | 338 | A | 1 | | 0.40 | 0.00 | Coordinate electronic filing and service of unopposed motion extending deadlines. | ARCH |
| 71895.0000 | 06/28/2017 | 121 | A | 1 | 345.00 | 1.10 | 379.50 | Correspondence with opposing counsel; strategy discussion with M. Ross regarding same; discussion with client regarding strategy | ARCH |
| 71895.0000 | 06/29/2017 | 117 | A | 1 | 375.00 | 0.60 | 225.00 | Email with opposing counsel regarding request to depose M. Dupree and threat of sanctions; email with E. Fisher regarding the same; review and analyze Order granting Motion to Extend Deadlines; email to M. Dupree regarding the same. | ARCH |
| 71895.0000 | 06/29/2017 | 117 | A | 1 | 375.00 | 0.40 | 150.00 | Review and analyze Order granting Unopposed Motion to Extend Deadlines; email to M. Dupree regarding the same. | ARCH |
| 71895.0000 | 07/11/2017 | 117 | A | 1 | 375.00 | 0.20 | 75.00 | Office conference with E. Fisher regarding ▮▮▮ | ARCH |
| 71895.0000 | 07/12/2017 | 121 | A | 1 | 345.00 | 3.50 | 1,207.50 | Review of Motion and Opposition filed by Duncan; drafting and revision of Opposition to Motion for Extension | ARCH |
| 71895.0000 | 07/12/2017 | 117 | A | 1 | 375.00 | 1.50 | 562.50 | Review and analyze Defendant's Response to our Motion for Summary Judgment, Motion for Extension of Time, and supporting Affidavits; office conference with E. Fisher regarding the same; review and revise Opposition to Motion for Extension of Time; review and analyze final of same. | ARCH |
| 71895.0000 | 07/12/2017 | 338 | A | 1 | | 0.80 | 0.00 | Review recent docket activity and calendar deadlines; coordinate electronic filing and service of response brief. | ARCH |
| 71895.0000 | 07/16/2017 | 117 | A | 1 | 375.00 | 0.40 | 150.00 | Multiple email with M. Dupree regarding ▮▮▮ | ARCH |
| 71895.0000 | 07/17/2017 | 117 | A | 1 | 375.00 | 0.20 | 75.00 | Review and analyze Order on diversity jurisdiction. | ARCH |
| 71895.0000 | 07/17/2017 | 338 | A | 1 | | 0.30 | 0.00 | Review show cause order; calendar deadline to amend complaint. | ARCH |
| 71895.0000 | 07/18/2017 | 121 | A | 1 | 345.00 | 0.50 | 172.50 | Drafting and revision of amended complaint; review of Court Order regarding same | ARCH |
| 71895.0000 | 07/18/2017 | 117 | A | 1 | 375.00 | 0.40 | 150.00 | Review and revise Second Amended Complaint; office conference with E. Fisher regarding the same. | ARCH |
| 71895.0000 | 07/19/2017 | 338 | A | 1 | | | 0.00 | Coordinate electronic filing and service of Second Amended Complaint. | ARCH |
| 71895.0000 | 07/20/2017 | 117 | A | 1 | 375.00 | 0.20 | 75.00 | Review and analyze notice from Court on Second Amended Complaint; email with E. Fisher regarding the same. | ARCH |
| 71895.0000 | 07/27/2017 | 117 | A | 1 | 375.00 | 0.20 | 75.00 | Email with M. Dupree regarding ▮▮▮ | ARCH |
| 71895.0000 | 08/10/2017 | 117 | A | 1 | 375.00 | 0.20 | 75.00 | Email with M. Dupree regarding ▮▮▮ | ARCH |
| 71895.0000 | 10/13/2017 | 117 | A | 1 | 375.00 | 0.20 | 75.00 | Contact court regarding status of our Motion for Summary Judgment; email with M. Dupree regarding the same. | ARCH |
| 71895.0000 | 11/14/2017 | 117 | A | 1 | 375.00 | 0.80 | 300.00 | Review and analyze Order allowing Duncan to file untimely response and ordering us to file a Reply Brief; email to M. Dupree regarding the same. | ARCH |
| 71895.0000 | 11/16/2017 | 117 | A | 1 | 375.00 | 2.00 | 750.00 | Begin to draft Reply Brief in support of Motion for Summary Judgment, including review and analyze all prior court filings in case. | ARCH |
| 71895.0000 | 11/17/2017 | 121 | A | 1 | 345.00 | 0.30 | 103.50 | Review of filings and draft Reply; discussion with M. Ross regarding same | ARCH |
| 71895.0000 | 11/17/2017 | 117 | A | 1 | 375.00 | 1.20 | 450.00 | Finish drafting Reply Brief in Support of our Motion for Summary Judgment; office conference with E. Fisher regarding the same. | ARCH |
| 71895.0000 | 11/20/2017 | 121 | A | 1 | 345.00 | 0.30 | 103.50 | Final review and revision of Reply Brief prior to filing | ARCH |
| 71895.0000 | 11/20/2017 | 117 | A | 1 | 375.00 | 0.50 | 187.50 | Finalize and file Reply Brief in Support of Motion for Summary Judgment; email to M. Dupree regarding the same. | ARCH |
| 71895.0000 | 11/20/2017 | 338 | A | 1 | | 0.50 | 0.00 | Prepare for and coordinate electronic filing and service of reply brief in support of motion for summary judgment. | ARCH |
| 71895.0000 | 01/04/2018 | 121 | P | 1 | 345.00 | 0.40 | 138.00 | Review of Court Order; discussion with M. Ross regarding same | 233 |
| 71895.0000 | 01/04/2018 | 117 | P | 1 | 375.00 | 1.00 | 375.00 | Review and analyze Order granting Motion for Summary Judgment and Final Consent Order and Judgment; email to M. Dupree regarding the same; office conference with E. Fisher regarding the same; begin to prepare Bill of Costs and Motion for Attorneys' Fees. | 234 |

**Detail Fee Transaction File List**
Taylor English Duma, LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Total for Client ID** ▮▮▮▮ | | | | | Billable | 47.20 | 14,634.00 | Easybit Litigation | |
| GRAND TOTALS | | | | | | | | | |
| | | | | | Billable | 47.20 | 14,634.00 | | |