# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT,<br>        Plaintiff,<br><br>v.<br><br>DEDRIC DUNCAN,<br><br>        Defendant. | CIVIL ACTION NO:<br>17-CV-1751-SCJ |

## **[PROPOSED] ORDER**

In accordance with this Court's Final Consent Order and Judgment (Dkt. 22), pursuant to LR 54.2, and for good cause shown, Defendant Dedric Duncan is hereby ordered to pay to Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a Easybit the total sum of $15,034.00 for its attorneys' fees and expenses of litigation upon the entry of this Order.

IT IS SO ORDERED this _____ day of _____, 2018.

_____
Judge Steve C. Jones
United States District Court for the
Northern District of Georgia