UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT,<br>   Plaintiff,<br><br>v.<br><br>DEDRIC DUNCAN,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO:<br>) 17-CV-1751-SCJ<br>)<br>)<br>)<br>)<br>) |

## ORDER

In accordance with this Court's Final Consent Order and Judgment (Doc. No. [22]), pursuant to LR 54.2, for good cause shown, and in the absence of opposition (LR 7.1(B)), the Motion for Attorney Fees and Litigation Expenses (Doc. No. [23]) is GRANTED. Defendant Dedric Duncan is hereby ordered to pay to Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a Easybit the total sum of $15,034.00 for its attorneys' fees and expenses of litigation within thirty days of the entry of this Order. (As Plaintiff's motion is in lieu of the filing of a Bill of Costs, no additional costs shall be taxed by the Clerk.)

IT IS SO ORDERED this 20th day of February, 2018.

           /s/ Steve C. Jones
           Hon. Steve C. Jones
           United States District Judge
           Northern District of Georgia