UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT,<br><br>        Plaintiff,<br><br>v.<br><br>DEDRIC DUNCAN,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-1751-SCJ |

## A T T O R N E Y   F E E   J U D G M E N T

This action having come before the court, the Honorable Steve C. Jones, United States District Judge, for consideration of the Plaintiff's Motion for Attorney's Fees and Litigation Expenses, and the Court having granted said Motion, it is

**Ordered and Adjudged** that the Plaintiff's Attorneys are awarded in the amount of $15,034.00 for its attorneys' fees and expenses of litigation.

Dated at Atlanta, Georgia, this 20th day of February, 2018.


                                            JAMES N. HATTEN
                                            CLERK OF COURT


                                     By:    s/ Rebecca Spratt
                                                      Deputy Clerk


Prepared and Entered
in the Clerk's Office
February 20, 2018
James N. Hatten
Clerk of Court

By:  s/ Rebecca Spratt
       Deputy Clerk